IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen          Date:  May 9, 2011
Court Reporter:    Gwen Daniel             Probation: Justine Kozak
                                           Interpreter: Susana Cahill

_____

Criminal Action No.  11-cr-00511-WJM          _Counsel:_

UNITED STATES OF AMERICA,                     Mark Barrett

        Plaintiff,

v.

JUAN SILVESTRE-PAULINO,                       Richard Williamson

        Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

01:30 p.m.    Court in Session

Appearances

Oath administered to the Interpreter.

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Government's Sentencing Statement

Mr. Williamson's Sentencing Statement

1

Defendant's Allocution

**ORDERED:**   **Defendant's Motions for Variance [ECF No. 18] is GRANTED IN PART and the Motion for Departure [ECF No. 18] is DENIED AS MOOT.**

Defendant plead guilty to a one-Count Indictment on February 9, 2012.

**ORDERED:**   **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Juan Silvestre-Paulino, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**No period of supervised release shall be imposed.**

**The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

**The Court waives the mandatory drug testing provisions of § 3583(d), because it is likely that the defendant will be removed from the U.S.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**The defendant shall pay a special assessment of $100.00, which shall be due and payable immediately.**

**The Court finds that the defendant does not have the ability to pay a fine, so the Court will waive the fine in this case.**

Defendant advised of his right to appeal the sentence imposed and his conviction by guilty plea in very limited circumstances.

**ORDERED:**   **Defendant is REMANDED to the custody of the U.S. Marshal.**

02:30 p.m.   Court in Recess
Hearing concluded
Time: 60 minutes